|  |  |  |
|---|---|---|
| In re Report of the Commission on Continuing Legal Education. | : : : | CLE–1992–34360 |
| Thomas Hugh Baughman, ( # 0034360) Respondent. | : : : | ORDER |

This matter originated in this court on the filing of a report by the Commission on Continuing Legal Education (the "commission") pursuant to Gov.Bar R. X(6)(A)(1)(b) and (A)(2)(d). The commission recommended the imposition of sanctions against certain attorneys, including the above-named respondent, for failure to comply with the provisions of Gov.Bar R. X, Attorney Continuing Legal Education, for the 1990–1991 reporting period.

On November 20, 1992, the court issued an order to show cause why the recommended sanction should not be adopted by the court and an order so entered against the respondent. Respondent filed no objections to the commission's recommendation. On June 18, 1993, the court imposed a monetary sanction and suspended respondent.

On January 12, 2007, respondent filed a motion to vacate the court's June 18, 1993 order. On January 22, 2007, the commission filed a memo opposing respondent's motion to vacate.

It is ordered by the court that respondent's motion to vacate is denied.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

## *February 27, 2007*

[Cite as *02/27/2007 Case Announcements,* 2007-Ohio-788.]

## MOTION AND PROCEDURAL RULINGS

**2006–1695.   In re Adams.**
Cuyahoga App. No. 87881. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of appellee's motion for appointment of counsel for the Adams children,

It is ordered by the court that the motion is granted.

It is further ordered, sua sponte, that Charles Miller of Cincinnati, Ohio, is appointed to represent appellee Adams children on a pro bono basis.

It is further ordered that appellee Adams children shall file the merit brief within thirty days of the date of this entry, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. VI.